100 A.3d 189

IN THE MATTER OF ANDREW J. BREKUS, AN ATTORNEY
AT LAW (ATTORNEY NO. 042361986).

October 21, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–397, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **ANDREW J. BREKUS,** formerly of **NEWTOWN SQUARE, PENNSYLVANIA,** who was admitted to the bar of this State in 1986, and who has been suspended from the practice of law since September 1, 2008, should be suspended from the practice of law for a period of three years for violating *RPC* 8.1(b) (failure to reply to a lawful demand for information to a disciplinary authority), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice),

And **ANDREW J. BREKUS** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANDREW J. BREKUS** is suspended from the practice of law for a period of three years, effective immediately; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.